The People of the State of New York, Respondent, 
against
Mitchell Taebel, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Anthony J. Ferrara, J.), rendered April 30, 2014, after a nonjury trial, convicting him of stalking in the fourth degree, and harassment in the first and second degrees, and imposing sentence.




Per Curiam.
Judgment of conviction (Anthony J. Ferrara, J.), rendered April 30, 2014, affirmed.
Defendant's challenge to the sufficiency of the trial evidence is unpreserved and we decline to review it in the interest of justice. As an alternative holding, we reject it on the merits. We also find that the verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348—349 [2007]). There is no basis for disturbing the court's determinations concerning credibility. The court, as factfinder, was warranted in concluding that defendant's course of conduct aimed at the complainant, a stranger to him, including following her for over two hours as she commuted on three different subway trains, walked several blocks, and finally as she walked around a museum as part of a school field trip, during which time he repeatedly stood close to complainant and attempted to kiss her without permission, was likely to cause reasonable fear to the physical health and safety of complainant and was for no legitimate purpose (see People v Stuart, 100 NY2d 412, 428 [2003]), and was intended to harass, annoy or alarm (see People v Hurd, 162 AD3d 551 [2018], lv denied ___ NY3d ___ [2018])
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 19, 2018